[363 N.C. 9 (2009)]

IN THE MATTER OF E.X.J. AND A.J.J., MINOR CHILDREN

No. 341A08

(Filed 6 February 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 191 N.C. App. ——, 662 S.E.2d 24 (2008), affirming a judgment and order entered 31 July 2007 by Judge Laura A. Powell in District Court, Rutherford County. Heard in the Supreme Court 17 November 2008.

*Goldsmith, Goldsmith & Dews, P.A., by James W. Goldsmith, for petitioner-appellee Rutherford County Department of Social Services.*

*Pamela Newell Williams for appellee Guardian ad Litem.*

*Susan J. Hall for respondent-appellant father.*

PER CURIAM.

AFFIRMED.

Justice BRADY did not participate in the consideration or decision of this case.